# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ZEANDRE BALLARD

NO. 2023 KW 0996

**JANUARY 22, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 23-WFLN-87, 23-WFLN-88, 23-WMSD-89.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** At the hearing on the motion to suppress, the Officer conceded he initiated the traffic stop at issue *solely* for the left-hand lane violation. The State concedes the Officer's testimony concerning respondent driving in the left lane failed to establish probable cause to believe that a traffic violation had occurred, and thus, was insufficient to support an investigatory stop of the vehicle.

**CHH**
**SMM**

**McClendon, J. ,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT